IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 6 2007

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. NORMAN RILLE AND NEAL ) <br> ROBERTS ) <br>  ) <br>  ) <br> PLAINTIFF ) <br>  ) <br>  ) <br> VS. ) <br>  ) <br> PRICEWATERHOUSECOOPERS,LLP; ) <br> PWC CONSULTING LLC; ) <br> INTERNATIONAL BUSINESS ) <br> MACHINES; IBM GLOBAL SERVICES; ) <br> ORACLE CORPORATION; AND ) <br> CISCO SYSTEMS, INC. ) <br>  ) <br> DEFENDANTS ) <br> _____ ) | Civil Action 4:04CV00988 WRW <br><br> **CONSOLIDATED with Case No. 4-04 CV0000984WRW** |

### UNITED STATES' STATUS REPORT OF SETTLEMENT AND UNSEALING OF RELATORS' UNREDACTED COMPLAINT

Pursuant to this Court's Order dated July 31, 2007 (Filed Under Seal), the relators filed Stipulations Of Dismissal as to Defendants PriceWaterhouseCoopers, LLP/PWC Consulting, LLC (PWC) and International Business Machines, Inc./IBM Global Services (IBM) on August 14, 2007 consistent with separate settlement agreements executed on July 30, 2007 among the United States/relators and PWC and IBM respectively. Accordingly, consistent with this Court's Order of July 31, 2007, the Relators' October 25, 2006 Unredacted Complaint, and the United States' April 12, 2007 Notice of Intervention should be unsealed. All other papers previously filed or lodged in this action (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period) should remain under seal pursuant

to this Court's prior Orders.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JANE DUKE
        United States Attorney
        Eastern District of Arkansas

        */s/ Dan Stripling*
        DAN STRIPLING (Bar No. 74142)
        Assistant U.S. Attorney
        P.O. Box 1229
        Little Rock, Arkansas  72203
        (501) 340-2600

        JOYCE R. BRANDA
        PATRICIA DAVIS
        DONALD J. WILLIAMSON
        Attorneys, Department of Justice
        Civil Division
        Post Office Box 261
        Ben Franklin Station
        Washington, DC  20044
        Tel:  (202) 514-7900

        Attorneys For the United States

Dated: August 16, 2007