**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| *ex rel.* NORMAN RILLE and NEAL | ) | |
| ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4-04 CV0000988 WRW |
| | ) | |
| vs. | ) | **ORDER RE** |
| | ) | **EXTENSION OF TIME** |
| CISCO SYSTEMS, INC., a California | ) | |
| Corporation, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER EXTENDING TIME FOR CISCO SYSTEMS, INC.,
TO RESPOND TO THE RELATORS' COMPLAINT**

Upon the Assent Motion of the plaintiffs, Norman Rille and Neal Roberts, and the

defendant, Cisco Systems, Inc., it is hereby Ordered and Adjudged that defendant be and is hereby

granted an extension of time up through and including March 25, 2008, to respond to the plaintiffs'

Third Amended Complaint.

Dated this 4th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE