**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** *ex rel.* **NORMAN RILLE and NEAL ROBERTS,** | | **PLAINTIFFS** |
| **VS.** | **4:04-CV-00988 WRW** | |
| **CISCO SYSTEMS, INC.** | | **DEFENDANT** |

## ORDER

Pending is an Unopposed Motion to Intervene by the United States of America (Doc. No. 84) under 31 U.S.C. § 3730(c)(3) and Fed. R. Civ. P. 24(b). For good cause shown, the United States of America's Motion is GRANTED.

IT IS SO ORDERED this 3rd day of April, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE