IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>       Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California Corporation<br><br>       Defendant. | Case No. 4-04 CV0000988 WRW<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

Plaintiff, the United States of America, and Defendant, Cisco Systems, Inc. (Cisco) hereby notify the Court that the United States and Cisco today executed a settlement agreement resolving this matter. The United States and Cisco will file a Stipulation of Dismissal as soon as the Settlement Amount has been received by the United States.

Dated:  September 7, 2010

 /s/ *Steven W. Quattlebaum*
Steven W. Quattlebaum
Quattlebaum, Grooms, Tull and Burrow
111 Center St., Suite 1900
Little Rock, Arkansas 72201
(510) 379-1700

Attorneys for Cisco Systems, Inc.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

TONY WEST
Assistant Attorney General

_____
JANE W. DUKE
United States Attorney
Eastern District of Arkansas

        */s/ Shannon S. Smith*
SHANNON S. SMITH (Bar No. 94172)
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, Arkansas  72203
(501) 340-2600
Email: Shannon.smith@usdoj.gov


JOYCE R. BRANDA
PATRICIA DAVIS
ELIZABETH A. RINALDO
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC  20044
Tel:  (202) 307-0497
Email: Elizabeth.rinaldo@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on this 7th day of September, 2010, a copy of the foregoing was electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Files (CM/ECF) system and/or mailed to those who appear below that are not users on the CM/ECF system:

| | |
|---|---|
| Mr. Craig H. Johnson, Esq. | Mr. Daniel S. Fruchter, Esq. |
| Mr. Lon D. Packard, Esq. | Mr. Daniel W. Packard, Esq. |
| Packard, Packard & Johnson | Ms. Jacquetta F. Bardacos, Esq. |
| 2825 Cottonwood Parkway, Ste. 500 | Mr. Phillip J. Favro, Esq. |
| Salt Lake City, UT 84121 | Mr. Ronald D. Packard, Esq. |
| | Mr. Von G. Packard, Esq. |
| Mr. William Roberts III, Esq. | Packard, Packard & Johnson |
| Mr. Roderick Thomas, Esq. | Four Main Street, Ste. 200 |
| Wiley Rein LLP | Los Altos, CA 94022 |
| 1776 K. St. NW | |
| Washington DC 20006 | |

        */s/ Shannon S. Smith*
Shannon S. Smith
Assistant United States Attorney