# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* NORMAN RILLE and NEAL ROBERTS, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) ) | Civil Action No. 4:04 CV00988 BRW |
| CISCO SYSTEMS, INC., a California Corporation, ) ) ) ) | |
| Defendant. ) ) | |

## ORDER

Defendant Cisco System, Inc.'s ("Cisco's") Motion for an Extension of Time (Doc. No. 157) is GRANTED. Cisco must file its response to Relators Norman Rille and Neal Roberts' Motion for Award of Statutory Attorneys' Fees, Costs, and Expenses 14 days after this Court rules on the Relators' entitlement to a share of the settlement between the United States and Cisco.

Defendants Motions for William A. Roberts, III, Roderick Thomas, and Mark B. Sweet to appear *pro hac vice* (Doc. Nos. 160, 161, 162) are GRANTED.

IT IS SO ORDERED this 10th day of March, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE