**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **NORMAN RILLE** and **NEAL ROBERTS** | | **PLAINTIFF** |
| v. | 4:04CV00988-BRW | |
| **CISCO SYSTEMS, INC.** | | **DEFENDANT** |

### ORDER

Defendant's response to Relators' Motion for Award of Attorneys' Fees, Costs, and Expenses is due 14 days after I rule on Relators' entitlement to a share of the settlement proceeds. It has come to my attention that no deadline has been set for filing a motion for determination of Relators' share of the settlement.

The parties should try to reach an agreement as to Relators' share of the settlement. As a guide only, you might want to review the award in *U.S. ex rel. Rille v. Hewlett-Packard Co.*, Case No. 4:04CV00989-BRW. If an agreement cannot be reached, the motion for a determination of the amount of the Relators' share must be filed no later than 5:00 p.m., Friday, April 15, 2011.

IT IS SO ORDERED this 28th day of March, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE