# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* NORMAN RILLE and NEAL ROBERTS, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| CISCO SYSTEMS, INC., a California Corporation, | ) ) ) Civil Action No. 4:04 CV00988 BRW |
| Defendant. | ) ) ) ) |

## ORDER

Pending is Defendant Cisco Systems, Inc.'s ("Cisco's") Motion to File Under Seal its Objections to Relators Norman Rille and Neal Roberts' ("Relators'") Redacted Time Entries in support of their Fee Petition ("Objections to Relators' Fee Petition Redactions"). Cisco's motion (Doc. No. 172) is GRANTED, and the Clerk's office is directed to file the Objections to Relators' Fee Petition Redactions under seal.

IT IS SO ORDERED this 6th day of April, 2011.


/s/Billy Roy Wilson

UNITED STATES DISTRICT JUDGE