IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA
ex rel. NORMAN RILLE and NEAL
ROBERTS                                                                                           PLAINTIFFS

v.                                              4:04CV00988-BRW

CISCO SYSTEMS, INC.                                                                     DEFENDANT

### ORDER

Defendant has filed objections (Doc. No. 175) to Relators' fee petition redactions. As previously contemplated,[1] Relators are directed to submit an unredacted version of the Time Records for *in camera* review so that I can determine whether the redactions are reasonable. Please provide the Time Records within 14 days of the date of this Order.

I would also like a <u>short</u> position statement from the Government regarding Relators' assertion of a joint prosecution privilege. Please file this brief within 21 days of the date of this Order.

IT IS SO ORDERED this 11th day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 167.