IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS, | ) ) ) ) ) | |
| PLAINTIFFS, | ) | Civil Action 4:04CV00988-BRW |
| VS. | ) ) | |
| CISCO SYSTEMS, INC., a California Corporation, | ) ) ) | |
| DEFENDANT. | ) ) | |

**ORDER GRANTING RELATORS' MOTION TO FILE
UNDER SEAL UNREDACTED VERSIONS OF VARIOUS PAPERS
REGARDING RELATORS' MOTION FOR DETERMINATION OF
<u>RELATORS' SHARE OF SETTLEMENT PROCEEDS</u>**

After consideration of Relators' Motion to File Under Seal Unredacted Versions of Various Papers Regarding Relators' Motion for Determination of Relators' Share of Settlement Proceeds, the Court GRANTS the Motion (Doc. No. 176), and directs the Clerk of this Court to file under seal paper copies of the unredacted memorandum supporting the motion, and the following exhibits to the memorandum: 3-8, 10, 12, 17, 21, 24 and 27.

IT IS SO ORDERED this 12th day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE