# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, ex rel. NORMAN RILLE and NEAL ROBERTS ) ) ) ) | |
| Plaintiffs ) ) | |
| v. ) ) | Case No. 4:04CV00988-BRW |
| CISCO SYSTEMS, INC., *et al.* ) ) | |
| Defendants ) | |

## ORDER

Relators' Motion to Admit Counsel *Pro Hac Vice* (Doc. No. 190) is GRANTED. Mr. Stanley M. Gibson and Mr. Ryan S. Mauck are directed to register for CM/ECF in the Eastern District of Arkansas by 5:00 p.m., Monday, May 16, 2011. Failure to register may result in removal from the case.

IT IS SO ORDERED this 3rd day of May, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE