**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS, | ) ) ) ) ) | |
| PLAINTIFF, | ) ) | Civil Action 4:04-CV-00988 BRW |
| VS. | ) ) | |
| CISCO SYSTEMS, INC., a California Corporation, | ) ) ) | |
| DEFENDANT. | ) ) | |

**ORDER GRANTING MOTION TO FILE UNDER SEAL UNREDACTED VERSIONS OF VARIOUS PAPERS REGARDING RELATORS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR DETERMINATION OF RELATORS' SHARE AND OPPOSITION TO THE GOVERNMENT'S CROSS MOTION FOR DISMISSAL**

After consideration of Relators' Motion to File Under Seal Unredacted Versions of various Papers Regarding Relators' Reply Memorandum in Support of Motion for Determination of Relators' Share and Opposition to the Government's Cross Motion for Dismissal, the Court GRANTS the Motion (Doc. No. 216) and directs the Clerk of this Court to file under seal paper copies of the (a) Unredacted Relators' Reply Memorandum in Support of Motion for Determination of Relators' Share and Opposition to the Government's Cross Motion for Dismissal; and (b) Exhibits 28-30 thereto.

1

IT IS FURTHER ORDERED that the filing under seal of the unredacted versions of, and service upon Cisco of Relators' Exhibit 29-30 and Relators' Reply Memorandum in Support of Motion for Determination of Relators' Share and Opposition to the Government's Cross Motion for Dismissal, will not constitute waiver of Joint Prosecution and/or Common Interest Privileges with the Government, and/or break the Court previously ordered seal of exhibits in this case.

IT IS SO ORDERED this 17th day of May, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE