IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 20 2011
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. NORMAN RILLE AND NEAL ) <br> ROBERTS, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> VS. ) <br> ) <br> CISCO SYSTEMS, INC., a California ) <br> Corporation, ) <br> ) <br> DEFENDANT. ) | Civil Action 4:04-CV-00988 BRW |

## NOTICE OF ATTORNEYS' LIEN

PLEASE TAKE NOTICE that the law firm of Packard, Packard & Johnson, P.C. ("PPJ"), by Von G. Packard, claims an attorneys' lien upon a portion of all monies, properties, causes of action (including causes of action for violations of the False Claims Act, False Claims Act Conspiracy and the Anti-Kickback Act), claims and demands in suit, upon any property and/or judgment which may be awarded to the Plaintiffs and/or PPJ in this matter, and upon any money due to the Plaintiffs, Norman Rille and Neal Roberts, and/or PPJ, in the hands of the Defendants, their counsel, and/or the Government. As grounds therefor, PPJ states as follows:

1. The Plaintiffs retained PPJ to represent them in this action through attorneys Von G. Packard, Ronald D. Packard, Lon D. Packard and Craig H. Johnson.

2. The compensation agreement between PPJ and the Plaintiffs is set forth in a written Authorization and Fee Agreement ("the Contingent Fee Agreement").

3. The Plaintiffs may collect funds by way of settlement, order, or judgment in this matter.

4. Plaintiffs oppose PPJ's Notice of Attorneys' Lien.

5. This notice was served by the undersigned upon Defendants, by and through their counsel of record, by certified mail return receipt requested.

6. Any dispute or controversy pertaining to this Notice of Attorneys' Lien shall be resolved pursuant to the Contingent Fee Agreement, and subject to binding, non-appealable, arbitration to be conducted pursuant to the then-existing rules of the California Judicial Arbitration Act (Cal. Code of Civil Procedure, §§ 1280, *et seq*). Such arbitration shall be brought and conducted in Los Angeles County, California.

WHEREFORE, by this notice, and by virtue of the Contingent Fee Agreement, the Plaintiffs are indebted to PPJ for a portion of all monies, properties, choses in action, claims and demands in suit, upon any property which may be awarded to the Plaintiffs and/or PPJ in this matter, and upon any money due to the Plaintiffs and/or PPJ in the hands of the Defendants, their counsel, and/or the Government, and claims a lien ahead of all others in this regard.

Respectfully submitted,
PACKARD, PACKARD & JOHNSON, P.C.

By: /s/ Von G. Packard

Von G. Packard (CA SBN 74877)
Daniel W. Packard (TX SBN 791392; LA SBN 29643)
Ronald D. Packard (CA SBN 72173)
Jacquetta Bardacos (CA SBN 139211)
PACKARD, PACKARD & JOHNSON
Four Main Street, Suite 200
Los Altos, California 94022
(650) 947-7300 (Telephone)
(650) 947-7301 (Facsimile)
vpackard@packard.com

*- and -*

Lon D. Packard
Craig H. Johnson
PACKARD, PACKARD & JOHNSON
2825 Cottonwood Parkway, Suite 500
Salt Lake City, Utah 84121

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be served via email to the following counsel of record on the 20th day of May, 2011:

- **Shannon S. Smith**; Shannon.Smith@usdoj.gov, Maria.Altadonna@usdoj.gov

- **Elizabeth Rinaldo**; Elizabeth.Rinaldo@usdoj.gov

- **Steven W. Quattlebaum**; quattlebaum@qgtb.com

- **Chad W. Pekron**; cpekron@qgtb.com

- **Mark B. Sweet**; Msweet@wileyrein.com

- **William A. Roberts**; Wroberts@wileyrein.com

- **Roderick Thomas**; Rthomas@wileyrein.com

- **Stephen C. Engstrom**; stephen@wecc-law.com; marilyn@wecc-law.com

- **Shirley Guntharp Jones**; shirley@wecc-law.com, lorraine@wecc-law.com

- **Craig H. Johnson**; cjohnson@packard.com

- **Daniel W. Packard**; dpackard@packard.com

- **Jacquetta F. Bardacos**; jbardacos@packard.com

- **Lon D. Packard**; lpackard@packard.com

- **Ronald D. Packard**; rdpackard@packard.com

- **Von G. Packard**; vpackard@packard.com

- **Michael Bierman**; mbierman@luce.com; tdelpomar@luce.com

-2-

- **Jeffrey Wexler**; jwexler@luce.com, tdelpomar@luce.com

- **Stanley M. Gibson**; sgibson@jmbm.com; sj2@jmbm.com

- **Ryan S. Mauck**; rmauck@jmbm.com; gr1@jmbm.com

- **Warner H. Taylor**; whtaylor@taylorlawpartners.com; mbright@taylorlawpartners.com

- **Timothy Lloyd Brooks**; tbrooks@taylorlawpartners.com; scraig@taylorlawpartners.com

I hereby certify that a copy of the foregoing document was served by U.S. Certified Mail, Return Receipt Requested, to the following counsel of record, on the 20th day of May, 2011, addressed as follows:

| <u>**COUNSEL FOR CISCO SYSTEMS, INC.**</u>: | <u>**COUNSEL FOR UNITED STATES**</u>: |
|---|---|
| William A. Roberts, III<br>Roderick L. Thomas<br>Mark B. Sweet<br>c/o William A. Roberts, III<br>Wiley Rein LLP<br>1776 K Street, N.W., Suite 400<br>Washington, D.C.  20006<br><br>Steven W. Quattlebaum Chad W. Pekron<br>c/o Steven W. Quattlebaum<br>111 Center Street, Suite 1900<br>Quattlebaum, Grooms, Tull & Burrow<br>Little Rock, AR 72201-3699 | Elizabeth Rinaldo<br>Shannon S. Smith<br>c/o Elizabeth Rinaldo<br>U.S. Department of Justice<br>Patrick Henry Building<br>601 D Street NW<br>Washington, D.C. 20004 |

_____
Von G. Packard